**Order entered January 17, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00075-CV

## TOYOTA MOTOR SALES, U.S.A., INC. AND TOYOTA MOTOR CORPORATION, Appellants

### V.

## BENJAMIN THOMAS REAVIS AND KRISTI CAROL REAVIS, INDIVIDUALLY AND AS NEXT FRIENDS OF E.R. AND O.R., MINOR CHILDREN, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-15296

## ORDER

Before the Court is the parties' January 15, 2020 agreed motion to remove appellant's original brief from the Court's website. The parties explain the original brief, filed December 20, 2019, includes the children's full names and has been superseded by an amended brief, filed December 30, 2019, that redacts the children's names. Also before the Court is appellees' January 15, 2020 unopposed motion to withdraw attorneys Benjamin Moss and Eric Stahl. We rule as follows.

We **GRANT** the agreed motion, **STRIKE** the December 20th brief, and **DIRECT** the Clerk of the Court to remove that brief from the Court's website. We also **GRANT** the motion

to withdraw and **DIRECT** the Clerk of the Court to remove Mr. Moss and Mr. Stahl as counsel for appellees.  All other counsel remain in place.

/s/     KEN MOLBERG
         JUSTICE